**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| K. BERNARD SCHADE, | : | No. 78 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court at No. 358 |
| | : | MD 2019 dated September 11, |
| v. | : | 2019. |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

**ORDER**

**PER CURIAM**                                      **DECIDED:  June 16, 2020**

**AND NOW,** this 16th day of June, 2020, the order of the Commonwealth Court is

**AFFIRMED**.